IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**STANSEL ALEXANDER PROWSE**
**ADC # 658340**                                                                                                                **PLAINTIFF**

v.                              Case No. 4:16-cv-00511-KGB/JTK

**JOHN RANDALL,** *et al.*                                                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 7). Plaintiff Stansel Alexander Prowse responded but did not object to the Proposed Findings and Recommendations (Dkt. No. 8).

After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Accordingly, defendants John Randall and Scott Huffman are dismissed from this action.

So ordered this 1st day of December, 2016.

Kristine G. Baker
United States District Court Judge