IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**STANSEL ALEXANDER PROWSE**
**ADC # 658340**                                                                                      **PLAINTIFF**

v.                    Case No. 4:16-cv-00511-KGB/JTK

**JOHN RANDALL,** *et al.*                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this the 27th day of June, 2017.

                                              Kristine G. Baker
                                              United States District Court Judge